# EXHIBIT 1

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 86474975**
**Filing Date: 12/09/2014**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86474975 |
| **MARK INFORMATION** | |
| *MARK | CHILE CRUNCH |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CHILE CRUNCH |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Chile Colonial, LLC |
| INTERNAL ADDRESS | Ste 124 |
| *STREET | 8155 E Fairmount Dr |
| *CITY | Denver |
| *STATE (Required for U.S. applicants) | Colorado |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 80230 |
| PHONE | 4155156249 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Colorado |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 030 |
| *IDENTIFICATION | Condiments; Sauces |
| FILING BASIS | SECTION 1(a) |
|         FIRST USE ANYWHERE DATE | At least as early as 06/06/2006 |
|         FIRST USE IN COMMERCE DATE | At least as early as 06/06/2006 |
| | \\TICRS\EXPORT16\IMAGEOUT |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | [16\864\749\86474975\xml1\ APP0003.JPG](#) |
| **SPECIMEN DESCRIPTION** | digital image of a website currently used in commerce |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Chile Colonial, LLC |
| **INTERNAL ADDRESS** | Ste 124 |
| **STREET** | 8155 E Fairmount Dr |
| **CITY** | Denver |
| **STATE** | Colorado |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 80230 |
| **PHONE** | 4155156249 |
| **EMAIL ADDRESS** | susie@chilecolonial.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| ***TOTAL FEE DUE** | 325 |
| ***TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Susan Hojel/ |
| **SIGNATORY'S NAME** | Susan Hojel |
| **SIGNATORY'S POSITION** | Member |
| **DATE SIGNED** | 12/09/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 86474975**
**Filing Date: 12/09/2014**

## To the Commissioner for Trademarks:

**MARK:** CHILE CRUNCH (Standard Characters, see mark)
The literal element of the mark consists of CHILE CRUNCH.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Chile Colonial, LLC, a limited liability company legally organized under the laws of Colorado, having an address of
   Ste 124,
   8155 E Fairmount Dr
   Denver, Colorado 80230
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 030:  Condiments; Sauces

In International Class 030, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/06/2006, and first used in commerce at least as early as 06/06/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) digital image of a website currently used in commerce.
Specimen File1

The applicant's current Correspondence Information:
   Chile Colonial, LLC
   Ste 124
   8155 E Fairmount Dr
   Denver, Colorado 80230
   4155156249(phone)
   susie@chilecolonial.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Susan Hojel/   Date: 12/09/2014
Signatory's Name: Susan Hojel
Signatory's Position: Member
RAM Sale Number: 86474975
RAM Accounting Date: 12/09/2014

Serial Number: 86474975
Internet Transmission Date: Tue Dec 09 11:45:24 EST 2014
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XXX-201412091145241
08644-86474975-500fd8a242280879ff8db467d
b94dbfffe5bd77af8858c1b17fa2770577f147a5
7-DA-10741-20141208175525270964

# CHILE CRUNCH

