# EXHIBIT 2

PageVault

| | |
|---|---|
| Document title: | Chile \| Definition of Chile by Merriam-Webster |
| Capture URL: | https://www.merriam-webster.com/dictionary/chile |
| Captured site IP: | 99.84.181.128 |
| Page loaded at (UTC): | Fri, 02 Oct 2020 21:53:13 GMT |
| Capture timestamp (UTC): | Fri, 02 Oct 2020 21:56:18 GMT |
| Capture tool: | v7.0.9 |
| Collection server IP: | 54.173.19.61 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 6.3.9600.0 (6.3.9600.0) |
| PDF length: | 5 |
| Capture ID: | f1df6717-8f70-4d11-8969-cf3c648fd10f |
| User: | omm-lgarnette |

Merriam-Webster SINCE 1828 GAMES | BROWSE THESAURUS | WORD OF THE DAY | WORDS AT PLAY LOG IN | REGISTER | SAVED WORDS
chile
DICTIONARY THESAURUS

# chile noun

### variant spelling of *CHILI*

1 a : a hot pepper of any of a group of cultivars (*Capsicum annuum annuum* group *longum*) noted for their pungency

— called also *chili pepper*

b *chiefly British* **chilli :** a pepper whether hot or sweet

2 a : a thick sauce of meat and chilies

// liked to cover her spaghetti with red *chili*

b : CHILI CON CARNE

// a bowl of *chili*

*also* : a similar dish made without beef

// vegetarian *chili*

// seafood *chili*

# Chile geographical name

Chi·le | \ ˈchi-lē , ˈchē-(ˌ)lā \

### Definition of *Chile* (Entry 2 of 2)

long, narrow country of southwestern South America between the Andes Mountains and the Pacific; a republic whose capital is Santiago and whose legislative capital is Valparaiso *area* 291,933 square miles (756,102 square kilometers), *population* 17,925,000

### Other Words from *chile*

**Geographical name**

**Chilean** \ ˈchi-lē-ən , chə-ˈlā-ən \ *adjective or noun*

## Learn More about *chile*

### Share *chile*

WEAR A MASK. PASS IT ON.
(SO YOU DON'T PASS IT ON.)
Fight COVID-19. Learn to make your own mask here.
LEARN HOW
SQUARESPACE
BEAUTIFUL TEMPLATES DESIGNED FOR ENTREPRENEURS
Get Word of the Day daily email!
Your email address
SUBSCRIBE
Gain a Competitive Edge With an Online Degree From Purdue Global
LEARN MORE
PURDUE GLOBAL
TEST YOUR VOCABULARY
Semantic Drift Quiz
Which of the following was once a synonym for fun?
dutch
hoax
golf
pear
SPELL IT
Can you spell these 10 commonly misspelled words?
TAKE THE QUIZ »

Document title: Chile | Definition of Chile by Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/chile
Capture timestamp (UTC): Fri, 02 Oct 2020 21:56:18 GMT
Page 1 of 4



GAMES | BROWSE THESAURUS | WORD OF THE DAY | WORDS AT PLAY | LOG IN | REGISTER | SAVED WORDS

Merriam-Webster SINCE 1828

chile

DICTIONARY THESAURUS

## Dictionary Entries near *chile*

childs

child support

child welfare

**chile**

Chile

Chilean bellflower

Chilean guava

**See More Nearby Entries**

## Statistics for *chile*

**Look-up Popularity**

Bottom 10% of words

## Cite this Entry

"Chile." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/chile. Accessed 2 Oct. 2020.

**Style:** MLA

TEST YOUR VOCABULARY

Semantic Drift Quiz

Which of the following was once a synonym for **fun**?

dutch | hoax | golf | pear

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ »

**Test Your Knowledge** - and learn some interesting things along the way.

TAKE THE QUIZ »

## More from Merriam-Webster on *chile*

Nglish: Translation of *chile* for Spanish Speakers

Britannica English: Translation of *chile* for Arabic Speakers

## Comments on *chile*

What made you want to look up *chile*? Please tell us where you read or heard it (including the quote, if possible).

**Show Comments**

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

Document title: Chile | Definition of Chile by Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/chile
Capture timestamp (UTC): Fri, 02 Oct 2020 21:56:18 GMT

Page 2 of 4

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## WORDS AT PLAY

### The Words of the Week - 10/2/20

Words from the week of 10/2/2020

### Is 'Face Mask' Redundant?

Our (sanitary) coverage of the matter.

### 'Inequity' vs 'Iniquity'

Not all words are created equal.

### 9 Pairs of Words That Look the Same But Different

When a few letters make a large difference

## ASK THE EDITORS

### 'Intensive purposes': An Eggcorn

We're intent on clearing it up

### 'Nip it in the butt': An Eggcorn

We're gonna stop you right there

### Literally

How to use a word that (literally) drives some pe...

### Is Singular 'They' a Better Choice?

The awkward case of 'his or her'

## WORD GAMES

### Semantic Drift Quiz

A challenging quiz of changing words.

TAKE THE QUIZ ›

### Challenging Vocabulary Quiz Returns!

No tricks, just difficult words.

TAKE THE QUIZ ›

### Spell It

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ ›

### Bee Cubed

Listen to the words and spell through all three l...

PLAY THE GAME ›















GAMES | BROWSE THESAURUS | WORD OF THE DAY | WORDS AT PLAY
LOG IN | REGISTER | SAVED WORDS
Merriam-Webster
SINCE 1828
chile
DICTIONARY
THESAURUS

eggcorn:
intensive purposes

eggcorn:
nip it in the butt?

literally

her?
his?

### 'Intensive purposes': An Eggcorn

We're intent on clearing it up

### 'Nip it in the butt': An Eggcorn

We're gonna stop you right there

### Literally

How to use a word that (literally) drives some pe...

### Is Singular 'They' a Better Choice?

The awkward case of 'his or her'

## WORD GAMES

S P E L L
I T

Bee CUBED

### Semantic Drift Quiz

A challenging quiz of changing words.

TAKE THE QUIZ ›

### Challenging Vocabulary Quiz Returns!

No tricks, just difficult words.

TAKE THE QUIZ ›

### Spell It

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ ›

### Bee Cubed

Listen to the words and spell through all three l...

PLAY THE GAME ›

Merriam-Webster

**Learn a new word every day. Delivered to your inbox!**

Your email address

SUBSCRIBE

OTHER MERRIAM-WEBSTER DICTIONARIES

LEARNER'S ESL DICTIONARY
VISUAL DICTIONARY
SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
BRITANNICA ENGLISH - ARABIC TRANSLATION
NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Video | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use | Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2020 Merriam-Webster, Incorporated

Document title: Chile | Definition of Chile by Merriam-Webster
Capture URL: https://www.merriam-webster.com/dictionary/chile
Capture timestamp (UTC): Fri, 02 Oct 2020 21:56:18 GMT

Page 4 of 4