# EXHIBIT 3

**PageVault**

| | |
|---|---|
| Document title: | Crunch \| Definition of Crunch by Merriam-Webster |
| Capture URL: | https://www.merriam-webster.com/dictionary/crunch |
| Captured site IP: | 99.84.181.117 |
| Page loaded at (UTC): | Fri, 02 Oct 2020 21:57:16 GMT |
| Capture timestamp (UTC): | Fri, 02 Oct 2020 22:02:52 GMT |
| Capture tool: | v7.0.9 |
| Collection server IP: | 54.173.19.61 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 6.3.9600.0 (6.3.9600.0) |
| PDF length: | 8 |
| Capture ID: | e7950fda-8605-4eb3-a6f6-9805fec427d0 |
| User: | omm-lgarnette |

PDF REFERENCE #:    nqJzeHHLDcFAABfXi87rJ4

Merriam-Webster SINCE 1828 | GAMES | BROWSE THESAURUS | WORD OF THE DAY | WORDS AT PLAY | LOG IN | REGISTER | SAVED WORDS

crunch

DICTIONARY | THESAURUS

## crunch *verb*

🔖 Save Word

\ ˈkrənch  \
**crunched**; **crunching**; **crunches**

### Definition of *crunch* (Entry 1 of 2)

*intransitive verb*

1 : to chew or press with a crushing noise

2 : to make one's way with a crushing noise

*transitive verb*

1 : to chew, press, or grind with a crunching sound

2 : PROCESS

   *especially* : to perform mathematical computations on
   // *crunch* numbers

## crunch *noun*

*plural* **crunches**

### Definition of *crunch* (Entry 2 of 2)

1   **a** : an act of crunching
    // ate the cracker in one *crunch*

  **b** : a sound made by crunching
    // The only sound was the *crunch* of leaves underfoot.

    // There was a rather loud *crunch* as I bit into the battered dumplings.
    — Fraser Glen

  **c** : the quality of being crunchy : the tendency to make a crunching sound when chewed or pressed
    // … make sure you have protein, a carbohydrate and a vegetable. You have to have *crunch*, flavour, salty and sweet in one.
    — Carla Grossetti

    // Texture is king in this salad, … with added *crunch* from toasted walnuts.
    — Eleanor Maidment

2 : a tight or critical situation: such as

  **a** : a severe economic squeeze (as on credit)

  **b** : SHORTAGE
    // an energy *crunch*
    // a time *crunch*



: SHORTAGE

// an energy *crunch*

// a time *crunch*

c : a critical point in the buildup of pressure between opposing elements : SHOWDOWN

// ... the odd loss at Bankwest, combined with winning virtually nothing on the road, is going to come back to haunt them when the season reaches the *crunch*.
— Scott Pryde

3 : a conditioning exercise performed from a supine position by raising and lowering the upper torso without reaching a sitting position

↓ Other Words from *crunch*

↓ Synonyms & Antonyms

↓ More Example Sentences

↓ Learn More about *crunch*

## Other Words from *crunch*

**Verb**

**crunchable** \ ˈkrən-chə-bəl 🔊 \ *adjective*

## Synonyms & Antonyms for *crunch*

**Synonyms: Verb**

gnash, grate, grind, grit, scrape, scrunch

**Synonyms: Noun**

dearth, deficiency, deficit, drought (*also* drouth), failure, famine, inadequacy, inadequateness, insufficiency, lack, lacuna, paucity, pinch, poverty, scantiness, scarceness, scarcity, shortage, undersupply, want

**Antonyms: Noun**

abundance, adequacy, amplitude, opulence, plenitude, plenty, sufficiency, wealth

Visit the Thesaurus for More ⓘ

## Examples of *crunch* in a Sentence

**Verb**

// We could hear the truck's tires *crunching* along the gravel road.

// When she *crunched the numbers*, she found that the business's profits were actually much lower than the company had said.

See More ⊕



Ad — Meet Return Shipping on Us. Shop now. Commit later. PayPal — SIGN UP

**TEST YOUR VOCABULARY**
Semantic Drift Quiz

Which of the following was once a synonym for **fun**?
hoax | pear | golf | dutch

SPELL IT — Can you spell these 10 commonly misspelled words? TAKE THE QUIZ »

Test Your Knowledge - and learn some interesting things along the way. TAKE THE QUIZ »



GAMES | BROWSE THESAURUS | WORD OF THE DAY | WORDS AT PLAY          LOG IN   REGISTER    SAVED WORDS

Merriam-Webster SINCE 1828     crunch

DICTIONARY   THESAURUS

actu... ,   ...uch lower than the company had said.

See More ⊕

---

**Recent Examples on the Web: Verb**

// That's the amount of productivity data that research firm IDC predicts will be created this year, presenting an opportunity for A.I. to *crunch* that information.
— Jonathan Vanian, *Fortune*, "How to make A.I. smarter," 21 Sep. 2020

// County health officials *crunch* those numbers by ZIP code and school district to show areas where spread is substantial, moderate and minimal.
— Lily Altavena, *The Arizona Republic*, "If COVID-19 cases increase, will Arizona schools have to close again? Here's what health officials say," 17 Sep. 2020

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'crunch.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More ⊕

---

**First Known Use of** *crunch*

**Verb**

1706, in the meaning defined at intransitive sense 1

**Noun**

1832, in the meaning defined at sense 1a

---

**History and Etymology for** *crunch*

**Verb**

alteration of *craunch*

---

**Learn More about** *crunch*

**Share** *crunch*

 

**Time Traveler for** *crunch*

 The first known use of *crunch* was in 1706

See more words from the same year

---

**From the Editors at Merriam-Webster**



**7 Words That Are More Than Just Noise**

Boom! Crunch! Hiccup!





GAMES | BROWSE THESAURUS | WORD OF THE DAY | WORDS AT PLAY    LOG IN   REGISTER   SAVED WORDS

crunch                                                    X    🔍

DICTIONARY    THESAURUS

7 Words That Are More Than Just Noise

Boom! Crunch! Hiccup!



**Dictionary Entries near** *crunch*

crumpler

crumple zone

Crumpsall yellow

**crunch**

cruncher

crunchingly

crunchingness

See More Nearby Entries »

**Phrases Related to** *crunch*

crunch (the) numbers

crunch on

the crunch

**Statistics for** *crunch*

**Last Updated**

24 Sep 2020

**Look-up Popularity**

Bottom 50% of words

**Cite this Entry**

"Crunch." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/crunch. Accessed 2 Oct. 2020.

**Style:** MLA

---

# More Definitions for *crunch*

## crunch verb


### English Language Learners Definition of *crunch* (Entry 1 of 2)

**:** to make the loud sound of something being crushed

**:** to move along a surface that makes the loud sound of something being crushed

**:** to process (numbers, information, etc.) **:** to examine and analyze (numbers, information, etc.)

## crunch noun

### English Language Learners Definition of *crunch* (Entry 2 of 2)

### English Language Learners Definition of *crunch* (Entry 2 of 2)

**:** the sound made when something hard is being chewed or crushed **:** a crunching sound

**:** the quality of a food that produces a loud sound when it is chewed **:** a crunchy quality

**:** a very difficult point or situation

See the full definition for *crunch* in the English Language Learners Dictionary

---

## crunch verb

\ ˈkrənch  \
**crunched; crunching**

### Kids Definition of *crunch* (Entry 1 of 2)

**1** **:** to chew or grind with a crushing noise
   // He is *crunching* on hard candy.

**2** **:** to make the sound of being crushed or squeezed
   // The snow *crunched* underfoot.

## crunch noun

### Kids Definition of *crunch* (Entry 2 of 2)

**:** an act or sound of crushing
// She bit into the apple with a loud *crunch*.

---

### More from Merriam-Webster on *crunch*

Thesaurus: All synonyms and antonyms for *crunch*

Nglish: Translation of *crunch* for Spanish Speakers

Britannica English: Translation of *crunch* for Arabic Speakers

### Comments on *crunch*

What made you want to look up *crunch*? Please tell us where you read or heard it (including the quote, if possible).

**Show Comments ⊕**

GAMES | BROWSE THESAURUS | WORD OF THE DAY | WORDS AT PLAY        LOG IN  REGISTER  SAVED WORDS

Merriam-Webster SINCE 1828

crunch

DICTIONARY    THESAURUS

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

### WORDS AT PLAY


**The Words of the Week - 10/2/20**
Words from the week of 10/2/2020


**Is 'Face Mask' Redundant?**
Our (sanitary) coverage of the matter.


**'Inequity' vs 'Iniquity'**
Not all words are created equal.


**9 Pairs of Words That Look the Same But Different**
When a few letters make a large difference

### ASK THE EDITORS


**'Intensive purposes': An Eggcorn**
We're intent on clearing it up


**'Nip it in the butt': An Eggcorn**
We're gonna stop you right there


**Literally**
How to use a word that (literally) drives some pe...


**Is Singular 'They' a Better Choice?**
The awkward case of 'his or her'

### WORD GAMES











**'Intensive purposes': An Eggcorn**
We're intent on clearing it up

**'Nip it in the butt': An Eggcorn**
We're gonna stop you right there

**Literally**
How to use a word that (literally) drives some pe...

**Is Singular 'They' a Better Choice?**
The awkward case of 'his or her'

### WORD GAMES






**Semantic Drift Quiz**
A challenging quiz of changing words.
TAKE THE QUIZ >

**Challenging Vocabulary Quiz Returns!**
No tricks, just difficult words.
TAKE THE QUIZ >

**Spell It**
Can you spell these 10 commonly misspelled words?
TAKE THE QUIZ >

**Bee Cubed**
Listen to the words and spell through all three l...
PLAY THE GAME >



Learn a new word every day. Delivered to your inbox!

Your email address    SUBSCRIBE

OTHER MERRIAM-WEBSTER DICTIONARIES
LEARNER'S ESL DICTIONARY
VISUAL DICTIONARY
SCRABBLE® WORD FINDER

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
BRITANNICA ENGLISH - ARABIC TRANSLATION
NGLISH - SPANISH-ENGLISH TRANSLATION

FOLLOW US
   

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Video | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use | Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2020 Merriam-Webster, Incorporated