# EXHIBIT 4

FREE SHIPPING on Orders Over $38 Excluding Alaska and Hawaii



PRODUCTS ▾    RECIPES    TESTIMONIALS    ABOUT ▾    WHOLESALE    LOCATIONS    ACCOUNT

# Chile Crunch – Original

## Heat Filled Crunch

Crunchy, smoky, and infused with just the right amount of heat. Chile Crunch is made in small batches from a savory blend of roasted chiles, garlic, onion and spices. The perfect partner for steak, chicken, fish, eggs and roasted vegetables. Also great on everything from pizza and pasta to burgers and tacos.

### Buckle up for a dose of pure Mexico in every bite!

Chile Crunch unites the Aztec, Mayan, Spanish, and French influences that make Mexico so magical. I've packed them all into one deliciously addictive crispy mix of spices, heat, and smoke. Add a rich blast of fresh roasted chiles, garlic, onion, herbs, & spices sauteed in canola oil to elevate your salsa, guacamole, tapenades & more!

   



Chile Crunch

$12.80

**Add to cart**

- Use as a condiment, marinade, tapenade or relish.
- Spice up veggies, dips, soups, burgers, seafood, & eggs.
- Fresh blend of roasted chilies, garlic, onion, herbs & spices.
- Authentic Mexican inspired flavor from our artisanal kitchen.
- All natural, non-GMO canola oil, no MSG or preservatives.
- Gluten free & lovingly handmade in small batches.

### Taste the magic of Mexico

Raised in Mexico City, I moved to the US and instantly missed the rich diversity of spices and chiles available everywhere in Mexico. Chile Crunch is the product of my vision for a return to the unique, savory blend of flavors from just south of the border.

### Ingredients

Garlic, Onion, Chile de Arbol, Non-GMO Canola Oil, Salt, Spices

*Made in a facility that processes products with gluten, dairy, and tree nuts.*

   

FREE SHIPPING on Orders Over $38 Excluding Alaska and Hawaii



PRODUCTS ▾    RECIPES    TESTIMONIALS    ABOUT ▾    WHOLESALE    LOCATIONS    ACCOUNT

# Chile Crunch – Hot

## Hotter Heat Filled Crunch

Crunchy, smoky, and infused with more heat to spice up your favorite foods – all day long. Chile Crunch is made in small batches from a savory blend of roasted chiles, garlic, onion and spices. The perfect partner for steak, chicken, fish, eggs and roasted vegetables. Also great on everything from pizza and pasta to burgers and tacos.

**Buckle up for a dose of pure Mexico in every bite!**

Chile Crunch unites the Aztec, Mayan, Spanish, and French influences that make Mexico so magical. I've packed them all into one deliciously addictive crispy mix of spices, heat, and smoke. Add a rich blast of fresh roasted chiles, garlic, onion, herbs, & spices sauteed in canola oil to elevate your salsa, guacamole, tapenades & more!

If the regular Chile Crunch is less spicy than you wanted, go for our HOT flavor. If you're someone who loves the hot stuff, this will make your taste-buds explode. Buckle up for Chile Crunch HOT. And turn up the heat for a sizzling spice sensation.

   



**Chile Crunch Hot**

$12.80

**Add to cart**

- ✓ Use as a super spice for condiment, marinade, tapenade or relish.
- ✓ Super spice up veggies, dips, soups, burgers, seafood, & eggs.
- ✓ Fresh blend of roasted chilies, garlic, onion, herbs & spices.
- ✓ Authentic Mexican inspired flavor from our artisanal kitchen.
- ✓ All natural, non-GMO canola oil, no MSG or preservatives.
- ✓ Gluten free & lovingly handmade in small batches.

### Taste the magic of Mexico

Raised in Mexico City, I moved to the US and instantly missed the rich diversity of spices and chiles available everywhere in Mexico. Chile Crunch is the product of my vision for a return to the unique, savory blend of flavors from just south of the border.

### Ingredients

Garlic, Onion, Chile de Arbol, Non-GMO Canola Oil, Salt, Spices

*Made in a facility that processes products with gluten, dairy, and tree nuts.*

   



PRODUCTS ▾    RECIPES    TESTIMONIALS    ABOUT ▾    WHOLESALE    LOCATIONS    ACCOUNT

# Chile Crunch – Mild

## Toned Down Heat Filled Crunch

Crunchy, smoky, and infused with more heat to spice up (but a bit more kind and gentle) your favorite foods – all day long. Chile Crunch is made in small batches from a savory blend of roasted chiles, garlic, onion and spices. The perfect partner for steak, chicken, fish, eggs and roasted vegetables. Also great on everything from pizza and pasta to burgers and tacos.

### Dialed down dose of pure Mexico in every bite!

Chile Crunch unites the Aztec, Mayan, Spanish, and French influences that make Mexico so magical. I've packed them all into one deliciously addictive crispy mix of spices, less heat (in this MILD flavor), and smoke. Add a rich blast of fresh roasted chiles, garlic, onion, herbs, & spices sauteed in canola oil to elevate your salsa, guacamole, tapenades & more!

If the regular Chile Crunch is spicier than you wanted, go for our MILD flavor. If you're someone who loves a bit of spice but don't want to red-line your tastebuds, enjoy MILD. It's just as delicious and flavorful as the original, with a less powerful blast of heat.

   



Chile Crunch Mild

$12.80

Add to cart

- Use as less-spicier condiment, marinade, tapenade or relish.
- Awesome for veggies, dips, soups, burgers, seafood, & eggs.
- Fresh blend of roasted chilies, garlic, onion, herbs & spices.
- Authentic Mexican inspired flavor from our artisanal kitchen.
- All natural, non-GMO canola oil, no MSG or preservatives.
- Gluten free & lovingly handmade in small batches.

### Taste the magic of Mexico

Raised in Mexico City, I moved to the US and instantly missed the rich diversity of spices and chiles available everywhere in Mexico. Chile Crunch is the product of my vision for a return to the unique, savory blend of flavors from just south of the border.

### Ingredients

Garlic, Onion, Chile de Arbol, Non-GMO Canola Oil, Salt, Spices

*Made in a facility that processes products with gluten, dairy, and tree nuts.*

   

FREE SHIPPING on Orders Over $38 Excluding Alaska and Hawaii



PRODUCTS ▾   RECIPES   TESTIMONIALS   ABOUT ▾   WHOLESALE   LOCATIONS   ACCOUNT

# Chile Crunch – party jar

## Heat-Filled Crunch

Crunchy, smoky, and infused with just the right amount of heat. Chile Crunch is made in small batches from a savory blend of roasted chiles, garlic, onion and spices. The perfect partner for steak, chicken, fish, eggs and roasted vegetables. Also great on everything from pizza and pasta to burgers and tacos.

## Sometimes the regular-sized jar just isn't enough

So, we've created a party jar of Chile Crunch. Our bulk 31 oz. jar saves you money and goes a long way for die-hard fans. Or, gift this large jar to your favorite Chile Crunch lover and watch their face light up when they open it up!

   



### Chile Crunch 31 Oz Jar

$31.95

**Add to cart**



- Use as a condiment, marinade, tapenade or relish.
- Spice up veggies, dips, soups, burgers, seafood, & eggs.
- Fresh blend of roasted chilies, garlic, onion, herbs & spices.
- Authentic Mexican inspired flavor from our artisanal kitchen.
- All natural, non-GMO canola oil, no MSG or preservatives.
- Gluten free & lovingly handmade in small batches.

### Taste the magic of Mexico

Raised in Mexico City, I moved to the US and instantly missed the rich diversity of spices and chiles available everywhere in Mexico. Chile Crunch is the product of my vision for a return to the unique, savory blend of flavors from just south of the border.

### Ingredients

Garlic, Onion, Chile de Arbol, Non-GMO Canola Oil, Salt, Spices

*Made in a facility that processes products with gluten, dairy, and tree nuts.*

   

FREE SHIPPING on Orders Over $38 Excluding Alaska and Hawaii



PRODUCTS ▾   RECIPES   TESTIMONIALS   ABOUT ▾   WHOLESALE   LOCATIONS   ACCOUNT

# Contact

## We'd love to chat.

Send us a message if you have any questions or concerns, we will get back to you promptly.



**Get Health Facts or Nutritional Guides**



**Privacy Policy & Contact Preferences**

### Contact the Chile Crunch Team



We're always happy to chat about what we do, why, and how.

If you have any questions or would just like to connect with us, please feel free to reach out anytime.



Tel: **(303) 868-1153**

E-mail: **info@chilecrunch.com**

Mail: **8155 E Fairmount Drive, Denver, CO 80230**



### Leave a Message

**First name**

**Last name**

**Email**

**Comment**

Submit

## Join the Chile Crunch Club

Subscribers are the first to get news and Specials!

Email Address    Sign up

FREE SHIPPING on Orders Over $38 Excluding Alaska and Hawaii



PRODUCTS  RECIPES  TESTIMONIALS  ABOUT  WHOLESALE  LOCATIONS  ACCOUNT

# Chile Crunch Adobo Rico Sauce

## Inspired By Mexican Cuisine

Although our regular Chile Crunch was inspired by Mexican cuisine, we wanted to create a delightful sauce used solely for Mexican cuisine. Try Chile Crunch Adobo Rico to infuse a burst of authentic Mexican flavor to your meat dishes. Works great with beef or poultry

**Our Adobo Rico is savory and smoky.**

It makes the perfect sauce for braising or marinading meat. Use it on the grill or in a slow cooker, and don't forget to try it out with your favorite vegan dishes as well. Adobo Rico – delicious taste sensation.

   



**Adobo Rico**

$15.95

Add to cart

- Delicious Mexican themed braising sauce or marinade.
- Enhances your Mexican dishes of meats & vegetables.
- Blend of roasted Pasilla & Ancho chiles, garlic, & vinegar.
- Authentic Mexican inspired flavor from our artisanal kitchen.
- All natural, non-GMO canola oil, no MSG or preservatives.
- Gluten free & lovingly handmade in small batches.

### Taste the magic of Mexico

Raised in Mexico City, I moved to the US and instantly missed the rich diversity of spices and chiles available everywhere in Mexico. Chile Crunch is the product of my vision for a return to the unique, savory blend of flavors from just south of the border.

### Ingredients

Water, Chile Pasilla, Chile Ancho, Roasted Garlic, Vinegar, Non-GMO Canola Oil, Spices, Sugar, Salt

*Made in a facility that processes products with gluten, dairy, and tree nuts.*

 

FREE SHIPPING on Orders Over $38 Excluding Alaska and Hawaii



PRODUCTS   RECIPES   TESTIMONIALS   ABOUT   WHOLESALE   LOCATIONS   ACCOUNT

# Chile Crunch – Spicy Infused Oil

## The Cooking Oil with a Spicy Flair

Try our Chile Crunch spicy infused oil to add a heat-infused flair to your dishes. It evokes all of the delicious aspects of our regular Chile Crunch condiment, in the form of an oil. Use it to craft up delightful salad dressings, or simply add it to any dish for a flavorful burst of heat.

**Cook Awesome Asian cuisine with this oil for delicious flavor**

Great to cook with Szechuan, beef & broccoli bowl, Japanese spicy ramen, or vVietnamese crunchy onion dish. The taste hints of ancient Mexico. but is surprisingly good with Asian cooking. Unites the Aztec, Mayan, Spanish, and French influences that make Mexico so magical.

Inspired from our most popular best-selling Chile Crunch all natural crunchy condiment. It's a unique and distinctive spicy cooking oil and a delicious artisanal way to cook with the flavors and spices of the ancients.

   



### Spicy Infused Oil
$7.95

**Add to cart**

- Perfect amount of heat, gluten free, & all natural.
- High smoke point for better searing, baking & sautéing.
- Pair with garlic, onions, or crunchy chile flake.
- Drizzle over asian food or fried meat dish.
- Non GMO, gluten free, made in small batches.

Perfect Pairings. **Share your favorite recipe with us HERE or on our Social Media.** Discover new flavor combinations and uses for it every day.

### Taste the magic of Mexico

Raised in Mexico City, I moved to the US and instantly missed the rich diversity of spices and chiles available everywhere in Mexico. Chile Crunch is the product of my vision for a return to the unique, savory blend of flavors from just south of the border.

### Ingredients

Garlic, Onion, Chile de Arbol, Non-GMO Canola Oil, Salt, Spices

