EXHIBIT 5

# CORSEARCH

**TM Searched:** *CHILE CRUNCH  or CHILI CRUNCH*

**G/S Searched:** *All food products, including any sauces, condiments, dips, or oils;  recipes, books, articles etc..*

**Date Searched:** *September 14, 2020*

**Date Generated:** *September 23, 2020*

# Chart Of Tagged Records

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
| Chili Crunch Bowl | ...and anyone else choosing to toast the New Year sans alcohol. The alcohol-free drink creations also make good partners for finger foods such as Chili Crunch Bowl. Mexicali Sipper has what it takes to set taste buds in motion with just enough spicy-hot jalapeno pepper, vibrant fresh cilantro and avocado. At 75... Food; Part 8; Page 23; Column 1; | Newspapers | December 31, 1987, Thursday, Home Edition Lexis (Los Angeles Times) |
| CHILI CRUNCH | | Newswire | August 4, 2017 Friday Lexis (US Fed News) |
| KFC Sweet Chili Crunch chicken | | Newswire | October 16, 2014 Thursday Lexis (Marketwired) |
| Chili Crunch | | Aggregate News Sources | July 1997 Lexis (Candy Industry) |
| Chili Crunch Bar | ...Almond. Other Massachusetts | Newspaper | June 8, 2016 Wednesday |

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
| | silver winners include Panaroma Foods in Braintree for Buffalo Betty, a Buffalo-style Bloody Mary mix, and Vivra Chocolate of Walpole for Chili Crunch Bar, a milk chocolate bar with bits of toasted tortilla bits kicked up with hot chile pepper. New Bedford's Sid Wainer & Son took a... LIVING ARTS; Pg. G,2,999 | | Lexis (The Boston Globe) |
| Bacon Chili Crunch | ...bacon island dressing and a sunny side egg on the B'B'B'Bacon ($15) to melted cheddar, bacon chili cheese and potato chips on the Bacon Chili Crunch ($14). And though it's not indicated on the menu, apparently you can also assemble your own-you just have to ask. Slater's beer selection isn't groundbreaking, but... FOOD & DRINK; | Newspaper | November 21, 2018 Lexis (Las Vegas Weekly) |
| Chili & Crunchy Garlic | | Other, Newspaper | August 9, 2020 Lexis (Manila Bulletin) |
| Double Crunch Chile Relleno Monte Cristo SandwichSavory  ... | ...and CrumpetsBanh Mi GaCoffee and Crumpets shows us a wonderful version of Banh Mi Ga, a delcious Vietnamese chicken sandwich.25 of 60 Savory ExperimentsDouble Crunch Chile Relleno Monte Cristo SandwichSavory Experiments gives us a new, | Newspaper | May 26, 2015 Tuesday Lexis (The Daily American (Somerset, Pennsylvania)) |

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
| | flavor-packed way to enjoy a Monte Cristo sandwich!26 of 60 Noble PigCheesy Egg, Avocado, and Bacon... PARADE FOOD; | | |
| Sweet and Salty Chili Crunchy Trail Mix | | Magazine | January 2015 Lexis (Progressive Grocer's Store Brands) |
| Crunchy Chilli Corn Chips | | Newspaper | November 10, 2008 Lexis (The Mirror (London, England)) |
| " Crunchy Chili and Brown Sugar Pecans" | ...no less than 18 recipes call for pecans, so that will use up at least some of our local crop. With recipes like " Crunchy Chili and Brown Sugar Pecans" and "Holy Mole Pecans," you can even make some with a distinctive New Mexico flavor.My own attempt at making party snacks... LIFESTYLE; | Newspaper | November 8, 2008 Saturday Lexis (Carlsbad Current-Argus (New Mexico)) |
| Crunchy Chilli Corn Chips | ...it's not diet food so no artificial sweeteners or no additives. Try Super Sticky Toffee Choccy or Light and Wispy Choco Crispy. Or Mucho Scorchio Chilli Tortillas Hot and Crunchy Chilli Corn Chips. They even do drinks too, and they are all available at Superdrug stores.... FEATURES; Pg. 30 | Newspaper | November 10, 2008 Monday Lexis (The Mirror) |

© 2020 Corsearch

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
| Crunchy Chili Caramelized Potato Chips | | Magazine | March 1, 2012<br>Lexis (Food Management (Penton)) |
| Laoganma CRUNCHY CHILLI PASTE | ...little sweets, used to refresh the breath after eating. They are sweet and savoury, with sugar, cardamom, fennel, roasted coriander and rose essence. MD GREEN CHILLI SAUCE They use this everywhere throughout Sri Lanka. There's nothing wrong with using a green chilli sauce like this from a jar. I like my... TASTE; Pg. 32 | Newspaper | September 16, 2015 Wednesday<br>Lexis (The Advertiser (Australia)) |
| Kohlrabi in Crunchy Chili Oil | ...If you like, you can add a handful of homemade croutons for extra crunch . But it's just as nice served with crusty bread, and less work. FIG, PEAR AND WALNUT SALAD For the dressing: 1 garlic clove, chopped with a... FEATURES; Pg. 29 | Newspaper | October 25, 2017 Wednesday<br>Lexis (The Boston Herald) |
| Sweet Crunchy Chili Garlic Sauce | ...or half-and-half. As far as specialty items go, BurgerIM also serves chicken wings and chicken strips, both with a choice of Buffalo, BBQ or Sweet Crunchy Chili Garlic Sauce. Although I have not tried their milkshakes, they do look good and come in cookies and cream, vanilla, chocolate or strawberry. Although Burgers and... ARTS; Pg. 1 | Newspaper | December 4, 2019 Wednesday<br>Lexis (The California Aggie: University of California, Davis) |

© 2020 Corsearch

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
| | | | |
| Crunchy Chili Fries | ...The following recipe for Crunchy Seasoned Oven Fries is a healthier way to prepare the all-Americanfrench fry. Cooked in cornflake crumbs, choice of seasonings and baked in the oven, these... Food; Pg. D6; | Newspapers | September 19, 1996, Thursday Lexis (The Stuart News/Port St. Lucie News (Stuart, FL)) |
| SAFEWAY THE SNACK ARTIST  | Sweet & Salty Chili Crunch | USA | Safeway |
| BARE FRUIT  | Crunchy Chile Lime Apple Chips | USA | Bare Foods |
| NABISCO RITZ CRACKERFULS | Crunchin' Chili & Cheese Filled Crackers | USA | Mondelez Global |

© 2020 Corsearch

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
| | | | |
| BARCEL HOT NUTS DOUBLE CRUNCH | Chili Pepper & Lime Flavored Double Crunch Peanuts | USA | Barcel |
| BARCEL HOT NUTS FUEGO DOUBLE CRUNCH | Hot Chili Pepper & Lime Double Crunch Peanuts | USA | Barcel |
| WILLIAMS-SONOMA | Chile Chocolate Crunch | USA | Williams-Sonoma |

© 2020 Corsearch

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
|  | | | |
| **WONDERFULLY RAW BRUSSEL BYTES**  | Chili Pumpkin Seed Crunch Brussel and Kale Snack | USA | Wonderfully Raw Gourmet Delights |
| **WONDERFULLY RAW DIPPERZ**  | Lemongrass Chili Flavored Broccoli, Cauliflower & Carrot Crunchies | USA | Wonderfully Raw Gourmet Delights |
| **GRAZE** | Spicy Sriracha Crunch with Chili and Garlic | USA | Nature Delivered |

© 2020 Corsearch

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
|  | | | |
| GRAZE  | Spicy Sriracha Crunch with Chili and Garlic | USA | Nature Delivered |
| THE GOOD BEAN  | Crunchy Chili Lime Chickpeas | USA | The Good Bean |
| EAT SMART | Chili Lime Crunch Vegetable Salad Kit | USA | Apio |
| OUMA | Sweet Chili Flavored Crunch Peanuts | USA | Mytrex |

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
|  | | | |
| CORN NUTS  | Chile Picante con Limon Crunchy Corn Kernels | USA | Kraft Heinz Foods |
| SIGNATURE SELECT  | Sweet & Salty Chili Crunch Trail Mix | USA | Better Living Brands |
| MOODIBARS | Chilly Peppermint Crunch Flavored White Confection | USA | Astor Chocolate |

© 2020 Corsearch

| Mark/Name | Cite | Goods/Services | Date&Source |
|---|---|---|---|
|  | | | |
| FARMHOUSE CULTURE  | Chili Lime Kraut Krisps Crunchy Cabbage Chips | USA | Farmhouse Culture |
| EAT SMART FLAVORS OF THE WORLD  | Chili Lime Crunch Chopped Salad Kit | USA | Curation Foods |

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| CHILESYCONDIMENTOS. COM | ACTIVE | 02/02/2021 | Jesus Almaguer |

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
|  | | | |
| CHILEOLIVEOIL.COM  | ACTIVE | 09/09/2021 | Chileoliva |
| CHILLIOILMIX.COM  | ACTIVE | 09/01/2025 | Ansh Foods |
| CHILINSAUCES.COM | ACTIVE | 01/11/2021 | Domains By Proxy, LLC |

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
|  | | | |
| CHILIRECIPES.ORG<br> | ACTIVE | 12/27/2020 | Not Disclosed |
| CHILLISFOOD.COM<br> | ACTIVE | 03/13/2028 | REDACTED FOR PRIVACY |
| CHILE CRUNCH ...<br> | SAT & SUN - Linger | Accessible | **Chile Crunch**, Sesame & Condiments. Adobo Pork Benedict*. 16 **...** Spinach, Farmers Cheese, Masala Sauce, **...** Grilled Pineapple Jam, Sambal & Plum Sauce. |
| "Chile Crunch" Fried Rice | ¿Chile Crunch¿ Fried Rice - Cocina De Coco | Accessible | Aug 3, 2019 - This recipe is a great way to clean out your fridge- I use whatever |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
|  | | | veggies I have on hand- broccoli, peppers, snow peas, other cabbages, kale, ...Aug 3, 2019 -... |
| Chile Crunch Avocado Toast & Ship & Dip Unboxing ...<br> | Chile Crunch Avocado Toast & Ship & Dip Unboxing ... | Accessible | Aug 16, 2019 - Give your **avocado toast** a BAM and a **CRUNCH** with **Chile Crunch**, ... Click ¿read more¿ to see the recipe as well as an **unboxing** of a **Ship** ...Aug 16, 2019 -**...** |
| PRALINE CHILE CRUNCH ICE CREAM ...<br> | Chile Crunch - A Crunchy All Natural Spi- Buy Online in China ... | Accessible | COULD NOT LOG INTO THE ACTUAL WEBPAGE. |
| CHILE CRUNCH DUCK WINGS ...<br> | Menu ¿ Root Down DIA | Accessible | **Chile Crunch Duck Wings** | 17. Maple Leaf **Duck**, Scallions & Super-Seed Mix. Salads. Add to any salad: Country Fried Tofu | 6 Colorado Native Chicken | 7 Flat **...** |
| CHILE CRUNCH CONDIMENT<br> | CHILE CRUNCH CONDIMENT | Shop | Matherne's Market | Accessible | Order online **CHILE CRUNCH CONDIMENT** on www.mathernes.com. |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| Chile Crunch<br> | Chile Crunch: Chile Crunch - Amazon.com | Accessible | Thank you for taking a bite with me! I created a special sauce for every palate & every meal. The bold flavors of Mexico come alive in each jar of **Chile Crunch**®. |
| FLAVOR + CHILE + CRUNCH<br> | Product | Accessible | |
| NERDS Mango Chile Crunchy Candy ...<br> | NERDS Mango Chile Crunchy Candy, 5 Oz. - Walmart.com ... | Accessible | Free 2-day shipping. Buy **NERDS Mango Chile Crunchy Candy**, 5 Oz. at Walmart.com. |
| FRESHBUZZZ Chile Crunchy Walnuts Walnuts<br> | FRESHBUZZZ Chile Crunchy Walnuts Walnuts Price in India ... | Accessible | Buy **FRESHBUZZZ Chile Crunchy Walnuts Walnuts** for Rs.1400 online. **FRESHBUZZZ Chile Crunchy** ... Dry Fruit, Nut & Seed · Dry Fruits · **FRESHBUZZZ** Dry ... |
| CHILES CRUNCH<br> | Jimmys Cantina Bar Acapulco - CHILES CRUNCH | Facebook | Accessible | Sep 3, 2020 - Image may contain: food. PreviousNext · Jimmys Cantina Bar Acapulco, profile picture. Jimmys Cantina Bar Acapulco. **CHILES CRUNCH**.Sep 3, 2020 -... |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| Double Crunch Chile Relleno Monte Cristo Sandwiches | Double Crunch Chile Relleno Monte Cristo Sandwiches \| The ... | Accessible | Oct 28, 2018 - **Double Crunch Chile Relleno Monte Cristo Sandwiches**. Serves: 2 ... Vegetable oil, enough to coat the bottom of a large skillet or frying pan.Oct 28, 2018 -... |
| Crispi Crunch Chile | Crispi Crunch Chile (@cruncherschile_nhr) ¿ Instagram ... | Accessible | **Crispi Crunch Chile**. Primera Fanbase dedicada al Dúo de KhipHop EDM ¿ First **Chile**an Fanbase dedicate to **CRISPI CRUNCH** ¿ @official**crispicrunch** @ ... |
| CEREAL CRUNCH CHILE | CEREAL CRUNCH CHILE ¿¿ (@_cerealcrunch) ¿ Instagram ... | Accessible | 245 Followers, 43 Following, 6 Posts - See Instagram photos and videos from **CEREAL CRUNCH CHILE ¿¿** (@_cerealcrunch)**CRUNCH CHILE**... |
| VELVET CRUNCH THAI CHILI ... | Terciopelo Crunch Chile tailandés y albahaca 20g x 6 por ... | Accessible | Cassava, Tapioca Flour, Sunflower Oil, **Thai** Chilli & Basil Flavour [Sugar, Dried Full Cream Milk, Salt, Dried Buttermilk (Milk), Dried Onion, Dried Yeast Extract, **...** |
| CRUNCHY CHILE SAUCE | Crunchy Chile Sauce \| Bourbon and Honey | Accessible | Mar 29, 2016 - This **Crunchy Chile Sauce** is savory, spicy and totally delicious. Spoon it on everything from rice bowls to scrambled eggs, roasted veggies or ...Mar 29, 2016 -... |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| Cheetos Crunchy Chile Limon | Cheetos Crunchy Chile Limon - Taquitos.net | Accessible | Frito-Lay snack - one of 418 cheese puffs, 1014 hot snacks, 149 lime chips and 222 chili chips reviewed by Taquitos.net's snackers (reviewed December 2007). |
| JAPON FUEGO Japanese Style Crunchy Chile ... | JAPON FUEGO Japanese Style Crunchy Chile ... - Amazon.com | Accessible | A great tasty snack you can take everywhere. They are exceptionally good compared to other similar products of the same. They are spicy with a tart lim'on flavor **...** |
| Crunchy Chile Onion Rings | Mexicali Blues Delivery ¿ Order Online ¿ Arlington (2933 ... | Accessible | **Crunchy Chile Onion Rings**. Buttermilk and **chile** battered **onion rings**, deep fried and served with our chipotle ranch dipping sauce. $9.95 ...**Crunchy Chile**... |
| Chicken Wontons with Crunchy Chile Oil | Chicken Wontons with Crunchy Chile Oil - Jalapenos ... | Accessible | Feb 26, 2019 - A food blog is a website written by one person where they share one recipe at a time, based on what they wanted to cook, what they like to eat, ...Feb 26, 2019 -... |
| Crunchy Chile Lime Apple Chips ... | Bare Fruit Apple Chips Gluten Free Chile- Buy Online in ... | Accessible | **Crunchy Chile Lime Apple Chips** 1.69 oz Pkg - **Crunchy Chile Lime Apple Chips** from Bare Fruit are a unique and delicious snack! This 100% baked, 100% **...** |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| | | | |
| **CRUNCHY CHILE LIME** | Bare Snacks, Apple Chips, Crunchy Chile Lime , 1.69 oz (48 g ... | Accessible | Bare Snacks, Apple Chips, **Crunchy Chile Lime** , 1.69 oz (48 g) (Discontinued Item). Por Bare Snacks · 4 Opiniones | Escribir una Opinión | 0 & 0. Fuera de ... |
| **CHILI CRUNCH** | Product | Accessible | |
| **Garlic Chili Crunch Oil** | Garlic Chili Crunch Oil | Milk & Cardamom | Accessible | Jan 10, 2020 - Spicy **chili oil** recipe infused with star anise, cinnamon and bay leaves with crispy **garlic** and shallots.Jan 10, 2020 -... |
| **Garlicky Chili Crunch Oil ...** | Garlicky Chili Crunch Oil recipe by Hetal Vasavada | The ... | Accessible | Say hello to my new pantry staple, **chili crunch**! With spicy **chili oil** infused with star anise, cinnamon and bay leaves with crispy garlic and shallots. Dear LORD **...** |
| **Crispy Chili Crunch Oil** | Crispy Chili Crunch Oil - Page&Plate | Accessible | Dec 5, 2019 - **Crispy Crunch**y Chili Oil. **Chili** peppers, shallots, garlic, and all sorts of other aromatics jazz up some plain old **oil** like you've never ...Dec 5, |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| | | | 2019 -... |
| Peanut Chili Crunch | Peanut Chili Crunch (Seroendeng) \| Feasting At Home | Accessible | Jun 26, 2018 - Thai curries, dishes involving any sort of **peanut** sauce, noodle salads, rice porridge, soups, stews¿ you name it. It is a really common topping in ...Jun 26, 2018 -... |
| Turkey Chili Crunch | Turkey Chili Crunch Recipe - Spark Recipes - SparkPeople | Accessible | ...tablespoon olive oil1 pound ground **turkey**SaltPepper2 teaspoons **chili** powder1 teaspoon ground cumin1 teaspoon dried oreganoPinch ground cinnamon1/2 ... |
| DADDY MIKK'S CHILI CRUNCH | DADDY MIKK'S CHILI CRUNCH \| Shopee Philippines | Accessible | ... 130g **Daddy** Mikks **Chili** Shots (oil) 35ml **Daddy** Mikks Garlic **Crunch** 130g Thank you! Happy eating!! - Buy **DADDY MIKK'S CHILI CRUNCH**. |
| Signature SELECT Chili Crunch Sweet & Salty ... | Signature SELECT Chili Crunch Swe - Online Groceries \| Vons | Accessible | **Signature SELECT Chili Crunch Sweet & Salty** - 26 Oz. ($0.37 / Ounce). Club Card Price. Your Price $9.49 Original Price $10.49. $9.49 Save Up To: $1.0 (Valid ... |
| ORANGE CHILI CRUNCH ... | Orange Chili Crunch Spicy crunch packed in Orange Chili Oil | Accessible | **Orange Chili Crunch** adds vibrant flavor with an addictive **crunch** to any dish! |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| | | Etsy | | Made from **crunch**y bits of **chili**es, garlic, **orange** zest, and other spices packed in **...** |
| Sweet Chili Crunch ... | Sweet Chili Crunch - Marimix | Accessible | INGREDIENTS: RICE BISCUITS (RICE, SUGAR, SALT, CALCIUM CARBONATE, MOLASSES, REDUCED IRON AND ZINC OXIDE {MINERAL NUTRIENTS}, **...** |
| GARLIC CHILI CRUNCH ... | Garlic Chili Crunch in Canola Oil 160 grams \| Shopee Philippines | Accessible | New Stocks **Garlic** and **Chili Crunch** in Canola Oil Just sprinkle to any dishes #Guaranteed 160 grams , **crunch**y and healthy ; expiration date is January 2021 **...** |
| Mae Yim - Chili Crunch Snack | Mae Yim - Chili Crunch Snack - ¿¿¿¿¿¿¿¿¿ ¿ 3 Aunties Thai ... | Accessible | Instant Noodles / Porridge · ¿Wai Wai ¿¿¿¿ · Mama ¿¿¿¿ · ThaSiam ¿¿¿¿¿¿ · Porridge ¿¿¿¿ ¿¿¿¿¿¿¿¿¿¿¿¿¿. Cooking. expand. collapse. Cooking · Sauce ¿¿¿¿¿¿¿¿¿ ... |
| CHILI CRUNCH TUNA ... OR CHILI CRUNCH SALMON ... OR CHILI CRUNCH CHICKEN ... | Order Online - Main Street Poké | Accessible | **...** **Tuna** (Gluten Free), House Marinade **Tuna** (Gluten Free), **Chili Crunch Tuna**, **...** Add Your Sauce: Add a sauce, **or** even a combination of our house made **...** |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| CHILI CRUNCH BARK  | Chili Crunch Bark ¿ Hot Chocolates | Accessible | Beverages · Favourite Brands · Cakebread Oil & Vinegar · Salts & Spreads. Search. Hot Chocolates · Cakebread. Menu Open Menu. Close Close Menu. Cart 0. |
| CHILI CRUNCH ...  | CHILI CRUNCH Trademark of Pont Neuf Productions LLC ... | Accessible | Filed in January 30 (2017), the **CHILI CRUNCH** covers Chocolate; Chocolate **...** yeast, baking-powder; salt, mustard; vinegar, sauces (condiments); spices; ice. |
| CHILI CRUNCH BURRITO  | TACOTIME SERVES UP CHILI FOR FALL SEASON | Accessible | Sep 16, 2015 - The **Chili Crunch Burrito** is made with **chili**, cheese sauce and **crunch**y corn chips rolled in a home-style tortilla. ¿We are putting a different spin ...Sep 16, 2015 -... |
| CHILI CRUNCH WINGS  | Hot Sauce and Panko To Go - San Francisco, CA Restaurant ... | Accessible | DBL Hot **Wings**. It's our Buffalo sauce. Spicy. Lime **Wings**. House **chili** fish sauce lime. Lime **Wings**. **Chili Crunch Wings**. House **chili** pepper sauce. Mango **Wings**. |
| CHILI CRUNCH ROLL ...  | 15% Off - O Sushi | Accessible | Black Tiger Prawn Tempura, Imitation Crab Meat, Cucumber and Romaine with spicy sauce on the top. **ROLL**S. **CHILI CRUNCH ROLL** (8 pcs). 8. Imitation Crab **...** |
| CHILI CRUNCH BURGER | | Accessible | |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| | | | |
| ... WITH A NICE CHILI CRUNCH ... | chili crisp - Amazon.com | Accessible | Results 1 - 16 of 299 - Spicy **Chili** Crisp (**Chili** Oil Sauce), 7.41 oz Bottle ... Crispy **Chili** - **Chili** Oil - a Premium Hot Sauce **with** a **Nice Chili Crunch** - No MSG - Garlic ...Results 1 - 16 of 299 -... |
| Surati Spicy Chili Crunch ... | Surati Spicy Chili Crunch Potato Tubes 80gm ¿ swamimarket | Accessible | Description; Additional information; Shipping & Returns; Review(s). Product: **Surati Spicy Chili Crunch** Potato Tubes 80gm. Vendor: **Surati**. Quantity: 80 gm ...**Chili Crunch...** |
| SWEET & SALTY CHILI CRUNCH | The Snack Artist Sweet & Salty Chili Crunch Allergy and ... | Accessible | **SWEET** & **SALTY CHILI CRUNCH**. INGREDIENTS and MAY CONTAIN STATEMENTS: HONEY FLAVORED TOASTED PEANUTS (PEANUTS, SUGAR, HONEY, ... |
| Chili Crunch Chocolate Bar | Chili Crunch Chocolate Bar - Vivra Chocolate | Accessible | **Chili Crunch** Brings you crispy toasted tortilla bits, enveloped in velvety smooth 35% milk **chocolate**, with a dusting of sea salt, and a warming afterglow heat of ... |
| Bacon Chili Crunch ... | Bacon Chili Crunch - Picture of Slater's 50/50, Las Vegas ... | Accessible | Slater's 50/50, Las Vegas Picture: **Bacon Chili Crunch** - Check out |

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
|  | | | Tripadvisor members' 68840 candid photos and videos of Slater's 50/50. |
| CHILI CRUNCH DOG  | Wacked Out Weiner - Gulf Shores - Waitr Food Delivery in Gulf ... | Accessible | **Chili Crunch Dog**. $3.95. (1) Nathan's all-beef hot **dog**, homemade **chili**, shredded cheddar cheese, and your choice of fried jalapeño crisps or fried onion crisps. |
| ... COCO CHILI CRUNCH  | Archives ¿ SPICE MAMA | Accessible | **Coco**nut White Bean Pasta + **Coco Chili Crunch** · Cumin-Paprika Hot Sauce · Crackling Spice Cornbread · Early Girl Tomato Chutney. Favorite Ginger Sauce + **...** |
| GREEN CHILI CRUNCH ...  | Caution Hot: KFC's Green Chili Crunch is finally ... - Instagram | Accessible | Jul 16, 2019 - 1802 Likes, 82 Comments - Fun N' Taste (@funntastecom) on Instagram: ¿Caution Hot: KFC's **Green Chili Crunch** is finally here in Malaysia ¿Jul 16, 2019 -**...** |
| CHILI CRUNCH DAWG  | Cheese Dawgs Menu - Feasterville Trevose, PA Restaurant | Accessible | ... PA, 19053-7821, offering Soup, American, Hot Dogs, Sandwiches and Lunch ... Sharp provolone, spicy mustard, and sauteed onion. ... **Chili Crunch Dawg**. |
| 1/3 Bacon Chili Crunch Burger  | Slaters 50-50 | Accessible | Spicy sushi-grade ahi tuna, cilantro slaw, toasted sesame seeds, pickled jalapeños, chipotle crema, scallions & **chili**-lime fried ... **1/3 Bacon Chili** |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| | | | **Crunch Burger**. |
| CHILI CRUNCH DOG | Wacked Out Weiner - Pensacola, FL Restaurant \| Menu + ... | Accessible | **Chili Crunch Dog**. Nathan's all beef hot **dog** on a freshly steamed bun topped with our homemade **chili** and choice of fried jalapenos, fried onions, fried pickles or ... |
| Zion's Garlic Chili Crunch | Zion's Garlic Chili Crunch - Home \| Facebook | Accessible | 223 people follow this. AboutSee All. Highlights info row image. +63 950 410 8441. Highlights info row image. Contact Zion's **Garlic Chili Crunch** on Messenger.**Chili Crunch**... |
| Surati Spicy Chili Crunch ... | Surati Spicy Chili Crunch 80g - Subhlaxmi Grocers | Accessible | **Surati Spicy Chili Crunch** 80g. |
| CHILI CRUNCH | Chili Crunch ¿¿¿¿¿¿¿¿¿¿¿¿ ¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿ - Home \| Facebook | Accessible | ¿¿¿¿¿¿ : Line@ : **@chilicrunch** ¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿¿ 10% ¿¿¿¿¿¿¿¿ https://bit.ly/2JM91w2 #ShopeeTH #ShopeeBuddy #Shopeesocialfood. 22. 2. |
| Sweet Chili Crunch ... | Sweet Chili Crunch - 6 pack of 6 oz. - Marimix | Accessible | **Sweet Chili Crunch** - 6 pack of 6 oz. Price: $39.95. Image 1. Larger / More Photos. Add to Wish List. ADD TO CART. Add to Wish List. Click the button |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
|  | | | below to **...** |
| **Cashew Nuts Chili Crunch**  | Cashew Nuts Chili Crunch - Doorstep Organics | Accessible | East Bali **Cashew**s **Cashew Nuts Chili Crunch** 75g. An irresistible sweet and spicy twist of **chili** and lime. We dare you to only eat one.. Prepared using entirely ... |
| **CHILI CRUNCHY PEANUTS**  | Peanuts Chili Crunch, 5oz - Bargain Wholesale | Accessible | Wholesale supply of Taste Oasis **Peanuts Chili** Crunch, 5oz. Order bulk online by case, pallet or truckload quantity. Check out our entire assortment of Taste ... |
| **Calabrian Chili Crunch ...**  | Menu ¿ Chairlift | Accessible | LUNCH · Seasonal SOUP $10 · ROOT VEGETABLE CAESAR $12 · White Anchovy, **Calabrian Chili Crunch** *add chicken $3 · ROAST CHICKEN SALAD $15. |
| **Garlic Chili Crunch ...**  | Garlic Chili Crunch by The Food Protégé \| Shopee Philippines | Accessible | Jul 14, 2020 - **...** by sanitary standards of food handling. Made with Fresh **Chili**, **Garlic**, Salt fried in Palm Oil - Buy **Garlic Chili Crunch** by The Food Protégé.Jul 14, 2020 -**...** |
| **CHILI CRUNCH BURGER** | Chili Crunch BurgerNo reviews | Accessible | |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| | | | |
| CHILI CRUNCH ... | Deputy Spudslinger - Food Truck Denver, CO - Truckster | Accessible | ...rosemary garlic, garlic parmesan, 6-pepper, honey sriracha, curry salt, cilantro lime, cinnamon sugar, **Chili Crunch** (local CO), olive oil, truffle oil. Our sauces. |
| CHILI CRUNCH MIX ... | Chili Crunch Mix, 5 pound.(With Peanuts) Free Shipping Items ... | Accessible | Delicious **Chili Crunch**y Snack **Mix**, 5 pound bag. Delicious snacks **mix**es of cajun sesame sticks, spicy plantain chips, roasted pumpkin seeds, spicy sunflower **...Chili Crunch...** |
| Pan Fried Dumplings with Chili Crunch | Pan Fried Dumplings with Chili Crunch - Tiny Red Kitchen | Accessible | Served **with** a **chili crunch**, it's perfection. ... and a jar of **Chili Crunch**, a spicy condiment that I picked up **with** no real plans ¿ it just sounded good. ... Fold in half, and moisten the edges **with** a bit of water (I just put some water in a small bowl ... |
| Graze Sweet Chilli Crunch Sharing Bag | Graze Sweet Chilli Crunch Sharing Bag 104G - Tesco Groceries | Accessible | **Sweet Chilli Crunch** All the craving-satisfying flavour of crisps, and all the ... Sea Salt, **Sweet Chilli** Flavoured Broad Beans (29%): Broad Beans, Sunflower Oil, ... |
| VEGGIE & CHILI CRUNCH | Quarantine Kitchen ¿ LASA | Accessible | **VEGGIE** & CHILI CRUNCH PANCIT. |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| PANCIT | | | Canton garlic noodles & roasted vegetables tossed in calamansi juice and **chili crunch**. *vegan. 8 (half order) / 15 (full order). |
| Turkey Chili Crunch | Turkey Chili Crunch Recipe - Food.com | Accessible | Nov 1, 2009 - **Turkey Chili Crunch**. Be the first to review this recipe. Recipe by ratherbeswimmin. Cook Yourself Thin; calories per serving--355. MAKE IT ...Nov 1, 2009 -... |
| CHILI CRUNCH | chili crunch \| \| Milk & Cardamom | Accessible | Say hello to my new pantry staple, **chili crunch**! With spicy garlic **chili crunch** oil infused with star anise, cinnamon and bay leaves with crispy garlic and shallots. |
| Peanut Chili Crunch ... | Peanut Chili Crunch (Seroendeng) \| Ria Mojica \| Copy Me That | Accessible | Optional additions: toasted coconut, coconut or palm sugar, dried shrimp or anchovy powder, dried lemongrass or kefir lime leaf, dried mushroom powder ... |
| TRADER JOE'S CHILI ONION CRUNCH ... | Trader Joe's Chili Onion Crunch, Pack of 2, with ... - Amazon.com | Accessible | Amazon.com : **Trader** Joe's **Chili Onion Crunch**, Pack of 2, with serving spoon ... Chile **Crunch** - A **Crunch**y All Natural Spicy Condiment (Original) - 1 Jar. |
| JAPON FUEGO Japanese | JAPON FUEGO Japanese Style | Accessible | Buy **JAPON FUEGO Japanese Style** |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| Style Crunchy Chile Limon Peanuts ...<br> | Crunchy Chile Limon Peanuts ... | | **Crunchy Chile Limon Peanuts** 3.17 oz at MexGrocer.com Cacahuates **Japon**eses marca **JAPON**. |
| CHILI LIME CRUNCH<br> | Chili Lime Crunch \| Eat Smart | Accessible | **Chili Lime Crunch**. Flavors of the World. Let's talk salad. This bright and **crunch**y salad is a Tex-Mex favorite. Fresh romaine, cabbage, kale and carrots are ... |
| SH Chili Oil Crunch<br> | SH Chili Oil Crunch 6oz \| Sonoma Harvest | Accessible | May 2, 2019 - 6 comments on ¿**SH Chili Oil Crunch** 6oz¿. Manoramaben Patel says: August 27, 2019 at 6:07 pm.May 2, 2019 -... |
| CHILI OIL WITH CRUNCHY GARLIC ...<br> | Maya Congee Cafe - Online Ordering \| Clover | Accessible | Laoganma - Fried **Chili** Crunch "Crisp" **Oil** (larger). $4.25 **...** Sparkling Elderflower and Ginger Drink. $4.00 **...** Coffee Beans by Devocion, Wild Forest. $18.00 **...** |
| ZinDrew Chili Crunchy Garlicky Chili Oil<br> | ZinDrew Chili Crunchy Garlicky Chili Oil \| Etsy | Accessible | This **Chili Oil** is like no other that you have ever tasted. It is **crunchy**, **garlicky**, spicy, and savory. The OG is not too spicy however, the Suicide Batch is very spicy. |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| Muncheros Chili Crunchy Peanuts ... | Muncheros Chili Crunchy Peanuts, 4.5 oz - Walmart.com ... | Accessible | Free 2-day shipping. Buy **Muncheros Chili Crunchy Peanuts**, 4.5 oz at Walmart.com. |
| Chili Crunchy Garlic Oil ... | Chili Crunchy Garlic Oil: Buy sell online Jam & Marmalade ... | Accessible | Buy **Chili Crunchy Garlic Oil** online at Lazada Philippines. Discount prices and promotional sale on all Jam & Marmalade. Free Shipping. |
| Chi Chi Crunch - All Natural Premium Crunchy Chili Oil ... | Chi Chi Crunch - All Natural Premium Crunchy Chili Oil ... | Accessible | Jacqueline Laube Nov 30, 2019. Best **Chi**li ever! Adds **crunch**, flavor and spice to any dish. Thank you for making such a wonderful product. :) **...** |
| S&B Chili Oil with Crunchy Garlic ... | S&B Chili Oil with Crunchy Garlic Topping 3.9 ... - Amazon.com | Accessible | Ingredients. 'CORN **OIL**, **CHILI** PEPPER, FRIED **GARLIC**, SESAME **OIL**, MONOSODIUM GLUTAMATE, ONION POWDER, SALT, SUGAR, SOY SAUCE **...** |
| Love, Corn Habanero Chilli Crunchy Corn ... | Love, Corn Habanero Chilli Crunchy Corn, 1.6 oz. | Fruitful Yield | Accessible | Forgive us for our spicy ways. Ingredients: non-gmo **corn**, **habanero chilli**, sea salt, sunflower oil. |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| | | | |
| **Truede - Chilli Crunchy Roasted Chickpeas** | Truede - Chilli Crunchy Roasted Chickpeas (120g) | Accessible | Now for something fabulously different. A satisfyingly complex flavour that makes a wonderful contrast to any other ingredient they're paired with. The perfect ... |
| **Sweet Chilli Crunchy Coated Peanuts** | Sweet Chilli Crunchy Coated Peanuts (12x40g) ¿ Licensed ... | Accessible | **Crunchy Chilli Coated Peanuts** (94%) (**Peanuts**, Wheat Flour, Modified Corn Starch, Sugar, Palm Oil, Corn Starch Syrup, Hot **Chilli** Seasoning (**Chilli** Powder, ... |
| **Peanut & Chilli Crunchy Brittle** | Peanut & Chilli Crunchy Brittle 125g ¿ Random Harvest ... | Accessible | **Peanut** & Chilli Crunchy Brittle 125g. INGREDIENTS: Sugar, **Peanuts**, Glucose(Corn), **Chilli**, Honey, Bicarb Soda. CONTAINS **PEANUT**S. GLUTEN FREE. |
| **Harry's Crunchy Chili Oil** | Harry's Crunchy Chili Oil - Home \| Facebook | Accessible | Harry's **Crunchy Chili Oil**, Lucena City. 100 likes. Product/Service. |
| **Crunchy Chili Garlic in Oil** | Crunchy Chili Garlic in Oil (110 g) | Accessible | Marcio's **Chili Garlic Oil** Net Weight: 110 |

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
|  | \| Shopee Philippines | | grams ¿¿ROASTED **CHILI** and **GARLIC in** Soya **Oil** ¿¿Level of Spice: Mild ¿¿Crunch Sawsawan. Panghalo sa ... |
| Freshlypicked Chili Garlic Crunch Chili Oil ...<br> | Freshlypicked Chili Garlic Crunch Chili Oil (Mild Flavor ... | Accessible | Spicy **Chili** Cunch **Oil** infused with crispy **garlic** and drenched in Pure Olive **Oil**; Deliciously fragrant, dark red, and viscous **chili oil**; Perfect for fried rice and **...** |
| Le Crunch Chili Oils<br> | Le Crunch Chili Oils (@lecrunchchilioils) ¿ Instagram photos ... | Accessible | 118 Followers, 28 Following, 7 Posts - See Instagram photos and videos from **Le Crunch Chili Oils (@lecrunchchilioils)Crunch Chili**... |
| Green Day Premium Crunch Chili<br> | Green Day Premium Crunch Chili - PosharpStore | Accessible | ... **chili** powder from whole dried **chili**. Good to have in your kitchen. The most handy use is to make instant dipping sauces for vegetables or make **chili** oil. |
| Amocan Chilli Seaweeed Crunch Chili Oil Bumbu Sambal ...<br> | Amocan Chilli Seaweeed Crunch Chili Oil Bumbu Sambal ... | Accessible | **Amocan Chilli Seaweeed Crunch Chili Oil Bumbu Sambal** Rumput Laut Ready to eat. Suitable for toppings. Crispy and Tasty. Size: 200gr Product of Malaysia **...Crunch Chili...** |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| PANPAN Wheat Crunch Chili Onion Flavor  | PANPAN Wheat Crunch Chili Onion Flavor 105g - Yamibuy.com | Accessible | **PANPAN Wheat Crunch Chili Onion Flavor** 105g, Brand: ASIA FOODS, Chips, Rice Crackers, Noodle Snack-Yamibuy.com. 100% authentic, 30-day return ... |
| Crunchy Chilli Oil  | Crunchy Chilli Oil Delivered | YourGrocer | Accessible | Buy **Crunchy Chilli Oil** online from Minh Phat Asian Supermarket. Same day home delivery via YourGrocer. |
| Chilgar - Crunchy Chilli Garlic  | Chilgar - Crunchy Chilli Garlic - Home | Facebook | Accessible | Flex ko lang ang bagong reseller namin last week.. na halos maubos nya agad and may for order na 3boxes ulit real quick! ¿¿. Ikaw kelan mo gusto ... |
| Crunchy Chili Chickpeas  | Crunchy Chili Chickpeas Recipe by Tasty | Accessible | **Crunchy Chili Chickpeas** · Preheat the oven to 375°F (190°C). · Drain, rinse, and dry the **chickpeas**. · Bake the **chickpeas** for 40-45 minutes, until golden and slightly ... |
| Taleen Crunchy Chili Lime Peanuts ...  | Taleen Crunchy Chili Lime Peanuts 6ct 5oz bags - Amazon.com | Accessible | Amazon.com : **Taleen Crunchy Chili Lime Peanuts** 6ct 5oz bags : Grocery & Gourmet Food. |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| Sol Nuts Crunchy Chili ... | Sol Nuts Crunchy Chili Coated Peanuts, 36 Ounce: Amazon ... | Accessible | **Sol Nuts Crunchy Chili** Coated Pea**nuts**, 36 Ounce: Amazon.com: Grocery & Gourmet Food. |
| Chili Krunch ... | Chili Krunch, Pedas Bikin Ketagihan - Tempo.co | Accessible | Aug 8, 2012 - Produk baru berbahan dasar ayam goreng ini bernama **Chili Krunch**, yang sejak 1 Agustus 2012 resmi diluncurkan dan dapat dinikmati di ...Aug 8, 2012 -**...** |
| CRUNCHIE CHILI GARLIC | Thank you lord! Pm us for orders open... - JeLai's Online Store ... | Accessible | Thank you lord! Pm us for orders open for resellers **Crunchie Chili Garlic**. |
| Snapdragon Cashew Crunchies Chili Lime | Snapdragon Cashew Crunchies Chili Lime 6x2.6oz on ... | Accessible | **Snapdragon Cashew Crunchies Chili Lime** 6x2.6oz Grocery & Gourmet Food. |
| Chilean Crunch Maki | Menu item: Chilean Crunch Maki - Picture of Wasabi Asian ... | Accessible | Wasabi Asian Plates & Sushi Bar, Somerville Picture: Menu item: **Chilean Crunch Maki** - Check out Tripadvisor members' 1174 candid photos and videos of ... |
| FBomb Keto Krunch Chili | FBomb Keto Krunch Chili Lime | Accessible | FBomb **Keto Krunch Chili Lime** |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| Lime Cheese Crisps  | Cheese Crisps - NaturaMarket ... | | **Cheese Crisps**, 50g. CA$5.95. Shop All FBomb. Add to Favourites. Why You'll Love It. 100% Premium Artisan **Cheese Crisps** ... |
| Don Chilio Sliced Jalapeno Chile Crisp Peppers ...  | Don Chilio Sliced Jalapeno Chile Crisp Peppers In Seasoned ... | Accessible | **Don Chilio Sliced Jalapeno Chile Crisp Peppers** In Seasoned Olive Oil, 5 oz. Save $1.00. $4.99 ea. Description; Nutrition. Jalapeño chili **crisp**, also known as **...** |
| ZinDrew Chili Crunchy Garlicky Chili Oil  | ZinDrew Chili Crunchy Garlicky Chili Oil | Etsy | Accessible | ZinDrew **Chili Crunchy Garlicky Chili Oil**. Bestseller. 103.02 DKK+. Loading. In stock. VAT included (where applicable), plus shipping. Flavor. Select a flavor ... |
| Crunchy Garlic Chili Sauce ...  | Mishima Foods USA - Tuna Crunchy Garlic Chili Sauce Onigiri ... | Accessible | **Crunchy Garlic Chili Sauce** and tuna is a match made in heaven, which is why we HAD to make tuna mayo **...** |
| Samurai Crunchy Chili Peanuts | Samurai Crunchy Chili Peanuts ¿ Shop Nuts & Seeds at H¿E¿B | Accessible | Shop **Samurai Crunchy Chili Peanuts** - compare prices, see product info & reviews, add to shopping list, or find in store. Select locations now offer curbside ... |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
|  | | | |
| Louisiana Crunchy Onion Chili  | Louisiana Crunchy Onion Chili - French's | Accessible | **Louisiana Crunchy Onion Chili**. Yield: 8 servings. Prep Time: 5 minutes Cook. Time: 20 minutes. 900 g ground beef 170 g French's® **Crunchy Onion**s 1 (794 g) ... |
| NineChef Bundle - SB Chili Oil with Crunchy Garlic ...  | NineChef Bundle - SB Chili Oil with Crunchy Garlic 3.9 ... | Accessible | Free 2-day shipping. Buy NineChef **Bundle - SB Chili Oil with Crunchy Garlic** 3.9 Ounce+ 1 NineChef ChopStick at Walmart.com. |
| Crunchy Garlic Chili Sauce  | Crunchy Garlic Chili Sauce - Online Groceries \| Albertsons | Accessible | You're currently using an outdated version of Internet Explorer, update your browser now for greater speed, security, and the best experience on this website. ¿· |
| CRUNCHY GARLIC CHILI SAUCE  | Mishima Crunchy Garlic Chili Sauce ... - Amazon.com | Accessible | Amazon.com : Mishima **Crunchy Garlic Chili Sauce** \| Japanese Style Condiment Taberu Rayu \| 4 Oz 115g \| Pack of 2 : Grocery & Gourmet Food. |
| Elmariz Crunchy Garlic Chili | Elmariz Crunchy Garlic Chili | Accessible | **Elmariz Crunchy Garlic Chili Sauce**. |

© 2020 Corsearch

| TM/Screenshot | Domain Status | Expiration Date | Company |
|---|---|---|---|
| [Sauce]<br> | Sauce - Home \| Facebook | | See All. Page Transparency. Facebook is showing information to help you better understand the purpose of a Page. |
| [Crunchy Onion & Garlic Dip]<br> | Crunchy Onion & Garlic Dip ¿ New Canaan Farms | Accessible | Not hot, just a good ol **crunchy onion** and **garlic** flavor Create a prize winning meat loaf using this blend in place of recommended spices or mix into hamburger ...**crunchy**... |

© 2020 Corsearch